# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5537-VBF (JEM) | Date | December 14, 2021 |
|---|---|---|---|
| Title | George R. Jenkins v. J. Marcelo, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE

    On October 29, 2021, the Court issued an order regarding, *inter alia*, the briefing schedule on Defendants' motions to compel ("Order"). The Order was mailed to Plaintiff at his address of record.

    On November 15, 2021, the Order was returned to the Court as undeliverable. Plaintiff has been specifically advised that he is required by Local Rule 41-6 to keep the Court apprised of his current address and that failure to do so could result in dismissal of this action for failure to prosecute.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to keep the Court apprised of his current address in violation of Local Rule 41-6. Plaintiff shall file a written response to this Order to Show Cause no later than **December 28, 2021**.

    Failure to respond to this Order to Show Cause as ordered may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |