JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. JENKINS,<br><br>     Plaintiff,<br><br>    v.<br><br>J. MARCELO, et al.,<br><br>     Defendants. | Case No. CV 19-5537-VBF (JEM)<br><br>**J U D G M E N T** |

   In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.


DATED: <u>June 2, 2022</u>       <u> /s/ Valerie Baker Fairbank </u>

           Hon. VALERIE BAKER FAIRBANK
           UNITED STATES DISTRICT JUDGE